BERTHENA THERESA MCCLAIN
DARRYL KEITH MCCLAIN
3141 SANTA CLAIR CIR
JACKSON, MS 39212

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

CITIBANK
CENTRALIZED BANKRUPTCY
PO BOX 790046
ST LOUIS, MO 63179

CWS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

LVNV FUNDING LLC
ATTN: BANKRUPT
PO BOX 1269
GREENVILLE, SC 29602

REPUBLIC FINANCE
ATTN: BANKRUPTCY DEPT
7031 COMMERCE CIR
BATON ROUGH, LA 70809

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803