**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**05/01/2026**

IN RE:                                                              CASE NUMBER:  26-00719-JAW

    **MCCLAIN, BERTHENA THERESA**
    **MCCLAIN, DARRYL KEITH**

APPEARANCES:
( ) DEBTOR 1                                                    (✗) DEBTOR 2 (Wife in Joint Cases)
    (✗) Required picture I.D. produced                    (✗) Required picture I.D. produced
    (✗) Required SSN verification produced                (✗) Required SSN verification produced
    (✗) Pay advices received                              ( ) Pay advices received *NOT EMPLOYED*

Credit counseling certificate (✗) filed ( ) not filed.
Tax returns received for _____ (years) on ___**04/15/2026**___ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(✗) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute: _____
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✓) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20___ AT
_____ O'CLOCK ___.M.

(✗) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____
_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____
_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____
_____
_____
_____
_____

DATED: 05/01/2026                                      _____
                                STEPHEN SMITH, TRUSTEE

Track # __**018**__ or Tape # _____, Side _____ Counter Start# _____